IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Gloria A. Spires, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 3:11-cv-02530-TLW-SVH |
| ) | |
| Ingersoll Rand and Trane US Inc., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CONSENT ORDER

This matter is before the Court for consideration of Consent Motion for Extension filed by the Plaintiff, Gloria A. Spires ("plaintiff"), on January 23, 2013.  (Doc. #36).  In the motion, plaintiff seeks an additional fourteen (14) days in which to file objections to the Report and Recommendation entered in this case on January 11, 2013 by Magistrate Judge Shiva V. Hodges. (Doc. #35).  All parties to this action consent to the requested extension of time.  (See Doc. #36).

Accordingly, and for good cause shown, it is hereby **ORDERED** that the Consent Motion for Extension to File Objections to Report and Recommendation (Doc. #36) is **GRANTED**.  Therefore, the plaintiff is granted a fourteen (14) day extension of time in which to file objections to the Magistrate Judge's Report and Recommendation.  The new deadline for plaintiff to file objections to the Report and Recommendation is Monday, February 11, 2013.

**IT IS SO ORDERED**.

s/ Terry L. Wooten
TERRY L. WOOTEN
Chief United States District Judge

January 24, 2013
Columbia, South Carolina